(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Greathouse, Robert P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Joe Galatte & Sons, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-6937** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**24730 Foxford Drive<br>Manhattan, IL 60442** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Greathouse, Robert P.** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____**/s/ Robert P. Greathouse**____
Signature of Debtor **Robert P. Greathouse**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 21, 2004**
Date

**Signature of Attorney**

X ____**/s/ David E. Grochocinski**____
Signature of Attorney for Debtor(s)

**David E. Grochocinski**
Printed Name of Attorney for Debtor(s)

**Grochocinski Grochocinski & Lloyd**
Firm Name

**1900 Ravinia Pl.**
**Orland Park, IL 60462**
Address

**708-226-2700  Fax: 708-226-9030**
Telephone Number

**December 21, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ____**/s/ David E. Grochocinski**____   **December 21, 2004**
Signature of Attorney for Debtor(s)    Date
**David E. Grochocinski**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **Robert P. Greathouse** _____ ,   Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 285,000.00 | | |
| B - Personal Property | Yes | 3 | 22,875.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 307,738.68 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 961,745.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,876.59 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 307,875.00 | | |
| | Total Liabilities | | | 1,269,484.35 | |

In re    **Robert P. Greathouse**                                    ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **24730 Foxford Drive, Manhattan, IL** | **Joint tenant** | **J** | **285,000.00** | **253,769.04** |

|  | Sub-Total > | **285,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **285,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                                        Best Case Bankruptcy

In re     **Robert P. Greathouse**                                    ,     Case No. _____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **J** | **1,000.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Marquette Bank** | **J** | **1,850.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | **J** | **3,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Usual and ordinary for adultmale** | **-** | **300.00** |
| 7. | Furs and jewelry. | | **Watch** | **-** | **75.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | **6,225.00** |
|---|---|---|
|  | (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Robert P. Greathouse**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Gallate & Sons (10 shares)** | **-** | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **From Joe Galatte & Sons, Inc.** | **-** | **4,200.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **4,200.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Robert P. Greathouse**                                    ,    Case No. _____

_Debtor_

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Dodge Durango** | **-** | **12,250.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **laptop computer** | **-** | **200.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | **12,450.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **22,875.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Robert P. Greathouse**                          ,     Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **24730 Foxford Drive, Manhattan, IL** | **735 ILCS 5/12-901** | **7,500.00** | **285,000.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **500.00** | **1,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Marquette Bank** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,850.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **735 ILCS 5/12-1001(b)** | **500.00** | **3,000.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6D
(12/03)

In re    **Robert P. Greathouse**                                                    Case No. _____
_____,
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **first mortgage** | | | | | |
| **ABN Amro Mortgage** **8201 Innovation Way** **Chicago, IL 60682** | | - | **24730 Foxford Drive, Manhattan, IL** | | | | | |
| | | | Value $         **285,000.00** | | | | **209,869.04** | **0.00** |
| Account No. | | | **24730 Foxford Drive, Manhattan, IL** | | | | | |
| **Andrew Galatte** **1214 Deerpath** **Palos Hills, IL 60465** | | - | | | | | | |
| | | | Value $         **285,000.00** | | | | **45,000.00** | **30,000.00** |
| Account No. | | | **2000 Dodge Durango** | | | | | |
| **Chrysler Credit Corporation** **c/o Grossman, Mitzenmacher et al.** **53 W. Jackson Blvd., Suite 915** **Chicago, IL 60604** | | - | | | | | | |
| | | | Value $          **12,250.00** | | | | **13,303.64** | **1,053.64** |
| Account No. 1062759135 | | | **automobile lien** | | | | | |
| **Chrysler Financial** **P.O. Box 2993** **Milwaukee, WI 53281** | X | - | | X | X | | **27,666.00** | **0.00** |
| | | | Value $          **27,666.00** | | | | | |

_**1**___ continuation sheets attached

Subtotal
(Total of this page)

**295,838.68**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re     **Robert P. Greathouse** _____ ,     Case No. _____

Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | second mortgage | | | | | |
| LaSalle Bank NA 4747 West Irving Park Road Chicago, IL 60641 | | J | 24730 Foxford Drive, Manhattan, IL | | | | | |
| | | | Value $          285,000.00 | | | | 11,900.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this page) | 11,900.00 |
| Total (Report on Summary of Schedules) | 307,738.68 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E
(04/04)

In re    **Robert P. Greathouse**                                              , Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6F
(12/03)

In re    **Robert P. Greathouse**                                                                    Case No. _____
                                                                            ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **5256374**<br><br>**American Contractors**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454** | X | - | | | **open account** | X | X | X | 0.00 |
| Account No.<br><br>**Andrew and Nancy Galatte**<br>**c/o Timothy Rathbun**<br>**2400 Glenwood Ave., Suite 215**<br>**Joliet, IL 60435** | | - | | | **personal notes and guarantees of corporation objects of Joe Galatte & Sons, Inc.** | X | X | X | 346,772.00 |
| Account No. **04 AR 2064**<br><br>**Area Landscape Supply, Inc.**<br>**c/o Kenneth J. Donkel**<br>**7220 W. 194th Street, Suite 105**<br>**Tinley Park, IL 60477** | X | - | | | **open suit** | X | X | X | 6,142.38 |
| Account No. **185304**<br><br>**Arthur Clesen, Inc.**<br>**9710 W. 194th Street**<br>**Mokena, IL 60488** | X | - | | | **open account** | X | X | X | 134.92 |

___13___  continuation sheets attached

Subtotal
(Total of this page)                          353,049.30

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:29789-040929    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert P. Greathouse** , Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Aspen Valley Landscape Supply, Inc. 13148 W. 159th Street home Glen, IL 60491** | X | - | open account | X | X | X | 2,884.16 |
| Account No.  **Baas Greenhouses, Inc. 20143 88th Avenue Mokena, IL 60448** | X | - | open account | X | X | X | 691.33 |
| Account No.  **Back Dirt, Inc. P.O. Box 492 Mokena, IL 60448** | X | - | open account | X | X | X | 484.00 |
| Account No. 1523003151938693  **Banc One Cardmember Service P.O. Box 100045 Kennesaw, GA 30156** | | - | open account | | | | 2,700.00 |
| Account No. 4746-8600-0007-9531  **Bank of America NC 1-003-04-35 Gateway Center Charlotte, NC 28255** | | J | open account | | | | 9,570.27 |

Sheet no.  **1**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,329.76

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Robert P. Greathouse** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of America<br>P.O. Box 15153<br>Wilmington, DE 19885** | X | - | open account | X | X | X | 11,208.00 |
| Account No. <br><br>**Bank One Cardmember Service<br>P.O. Box 199844<br>Kennesaw, GA 30156** | X | - | open account | X | X | X | 2,459.00 |
| Account No. **513**<br><br>**Beaver Creek Enterprises, Inc.<br>801 Rowell Avenue<br>Joliet, IL 60433** | X | - | open account | X | X | X | 166.42 |
| Account No. <br><br>**Bengtson Tree Farms<br>13341 W. 151 Street<br>Home Glen, IL 60491** | X | - | open account | X | X | X | 283.88 |
| Account No. **1100-25549**<br><br>**Bettenhausen Dodge<br>17514 S. Oak Park Avenue<br>Tinley Park, IL 60477** | X | - | open account | X | X | X | 1,347.25 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **15,464.55**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Robert P. Greathouse**                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7020-05** | | | open account | | | | |
| **Bork Nurseries, Inc.** **P.O. Drawer 147** **Onarga, IL 60955** | X | - | | X | X | X | 8,291.55 |
| Account No. **202830** | | | open account | | | | |
| **Bracing Systems, Inc.** **P.O. Box 517** **Bloomingdale, IL 60108** | X | - | | X | X | X | 213.95 |
| Account No. **24-801513-043899** | | | open account | | | | |
| **Chicagoland Door Company** **c/o Kohner Mann & Kailas SC** **4650 N. Port Washington Road** **Milwaukee, WI 53212** | X | - | | X | X | X | 835.00 |
| Account No. **5410-6584-1613-8673** | | | open account | | | | |
| **Citi Cards** **P.O. Box 6405** **The Lakes, NV 88901-6405** | | - | | | | | 10,331.82 |
| Account No. | | | open account | | | | |
| **Com Ed** **Bill Payment Center** **Chicago, IL 60606** | X | - | | X | X | X | 664.43 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,336.75

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert P. Greathouse**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0759790** | | | open account | | | | |
| **Conserv FS**<br>**P.O. Box 6069**<br>**27310 W. Case Road**<br>**Wauconda, IL 60084** | X | - | | X | X | X | 2,305.66 |
| Account No. | | | open account | | | | |
| **E.C. Rizzi & Associates, Inc.**<br>**31 W 310 Schoger Drive**<br>**Naperville, IL 60564** | X | - | | X | X | X | 1,812.36 |
| Account No. | | | open account | | | | |
| **Emil's Tires**<br>**5601 Sauk Trail**<br>**Matteson, IL 60443** | X | - | | X | X | X | 735.40 |
| Account No. | | | open account | | | | |
| **Freway Ford Sterling Truck Sales, I**<br>**8445 45th Street**<br>**Lyons, IL 60534** | X | - | | X | X | X | 98.85 |
| Account No. **GLA01** | | | open account | | | | |
| **Galassi Cut Stone & Marble**<br>**10631 Southwest Highway**<br>**Worth, IL 60482** | X | - | | X | X | X | 2,875.39 |

Sheet no. __**4**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,827.66

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert P. Greathouse**                                              ,        Case No. _____
                                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| **Gas City 100 West Oakley Avenue P.O. Box 65 Lowell, IN 46356** | X | - | | X | X | X | 2,299.03 |
| Account No. | | | open account | | | | |
| **GM Cardmember Services P.O. Box 37281 Baltimore, MD 21297** | X | - | | X | X | X | 9,962.96 |
| Account No. **0705** | | | open account | | | | |
| **Green Glen, Inc. 2413 E. Laraway Road Joliet, IL 60433** | X | - | | X | X | X | 6,471.73 |
| Account No. | | | open account | | | | |
| **Greener Gardens SOD Farm LLC P.O. Box 472 Frankfort, IL 60423** | X | - | | X | X | X | 573.35 |
| Account No. | | | open account | | | | |
| **Homewood Disposal Service, Inc. 17415 S. Ashland Avenue Hazel Crest, IL 60429** | | - | | | | | 125.13 |

| Sheet no. __5__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 19,432.20 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert P. Greathouse**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| HSBC Business Solutions P.O. Box 5219 Carol Stream, IL 60197 | X | - | | | X | X | X | 4,880.35 |
| Account No. | | | | open account | | | | |
| J&R Sales & Service, Inc. 19845 S. Wolf Road Mokena, IL 60448 | X | - | | | X | X | X | 804.86 |
| Account No. | | | | Guaranty of various debts of corporation | | | | |
| Joe Galatte & Sons, Inc. c/o Richard Caifano 20 North Clark Street, Suite 725 Chicago, IL 60602 | | - | | | X | X | X | 382,000.00 |
| Account No. | | | | open account | | | | |
| Kaknes Landscape Supply, Inc. 31W545 Diehl Road Naperville, IL 60563 | X | - | | | X | X | X | 556.41 |
| Account No. | | | | open account | | | | |
| Kankakee Nursery Company P.O. Box 258 Aroma Park, IL 60910 | X | - | | | X | X | | 5,771.16 |

| Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 394,012.78 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Robert P. Greathouse**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| **Lease Finance Group, Div. Cit** **P.O. Box 4263** **Chicago, IL 60693** | X | - | | | X | X | X | |
| | | | | | | | | 1,000.00 |
| Account No. | | | | open account | | | | |
| **Midnight Tire & Service, Inc.** **5601 Sauk Trail** **Matteson, IL 60443** | X | - | | | X | X | X | |
| | | | | | | | | 188.65 |
| Account No. | | | | open account | | | | |
| **Midway Truck Parts, Inc.** **7400 W. 87th Street** **Bridgeview, IL 60455** | X | - | | | X | X | X | |
| | | | | | | | | 295.72 |
| Account No. | | | | open account | | | | |
| **Millenium Recycling, Inc.** **231352 Momentum Place** **Chicago, IL 60609** | X | - | | | X | X | X | |
| | | | | | | | | 2,430.00 |
| Account No. | | | | open account | | | | |
| **Monee Rentals & Sales, Inc.** **25912 S. Governors Highway** **P.O. Box 596** **Monee, IL 60449** | X | - | | | X | X | X | |
| | | | | | | | | 49.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,963.37

Form B6F - Cont.
(12/03)

In re **Robert P. Greathouse** _____,   Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| **Nebs**<br>**500 Main Street**<br>**Attn: A/R**<br>**Groton, MA 01471** | X | - | | X | X | X | 56.03 |
| Account No. | | | open account | | | | |
| **New Holland Plan**<br>**Dept. CH 19460**<br>**Palatine, IL 60055** | X | - | | X | X | X | 2,983.18 |
| Account No. | | | open account | | | | |
| **Nextel**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197** | X | - | | X | X | X | 2,467.09 |
| Account No. | | | open account | | | | |
| **Nicor Gas**<br>**P.O. Box 310**<br>**Aurora, IL 60507** | X | - | | X | X | X | 9,783.58 |
| Account No. | | | open account | | | | |
| **Olde Time Supply, Inc.**<br>**3800 E. 11000 N. Road**<br>**Peotone, IL 60468** | X | - | | X | X | X | 944.29 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,234.17**

Form B6F - Cont.
(12/03)

In re  **Robert P. Greathouse**                                    ,        Case No. _____

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| Olsick & Company Ins. Agency, Inc. 50 W. 75th Street, Suite 216 Willowbrook, IL 60527 | X | - | | X | X | X | 7,741.59 |
| Account No. **2027** | | | open account | | | | |
| Oly-Ola Sales, Inc. 124 E. St. Charles Road Villa Park, IL 60181 | X | - | | X | X | X | 1,150.57 |
| Account No. | | | open account | | | | |
| Orland Soil Contractors, Inc. 4011 W. 165th Street Tinley Park, IL 60477 | X | - | | X | X | X | 381.78 |
| Account No. | | | open account | | | | |
| Ozinga Illinois RMC, Inc. 18825 Old Lagrange Road Mokena, IL 60448 | X | - | | X | X | X | 1,184.37 |
| Account No. | | | open account | | | | |
| Ozinga Transportation Inc. 2300 W. 167th Street Markham, IL 60426 | X | - | | X | X | X | 3,362.73 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **13,821.04**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Robert P. Greathouse**                                    , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **25668006**<br><br>**Palos Community Hospital**<br>**12251 S. 80th Avenue**<br>**Palos Heights, IL 60463** | | - | | medical services | | | | 600.00 |
| Account No.<br><br>**Palos Community Hospital**<br>**12251 S. 80th Avenue**<br>**Palos Heights, IL 60463** | X | - | | open account | X | X | X | 549.00 |
| Account No.<br><br>**Richard Caifano**<br>**20 N. Clark Stret**<br>**Suite 725**<br>**Chicago, IL 60602** | X | - | | legal services | X | X | X | 1,335.00 |
| Account No.<br><br>**Rosehill Creek Nursery**<br>**c/o Douglas Schlak & Assoc.**<br>**321 W. Maple Street, Suite 100**<br>**New Lenox, IL 60451** | X | - | | open account | X | X | X | 9,935.87 |
| Account No. **19**<br><br>**Saunoris Brothers, Inc.**<br>**19600 S. Harlem Avenue**<br>**Frankfort, IL 60423** | X | - | | open account | X | X | X | 14,043.64 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,463.51

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Robert P. Greathouse**                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SBC <br>Bill Payment Center <br>Chicago, IL 60663** | X | - | open account | X | X | X | 1,099.31 |
| Account No. <br><br>**Schaaffma Sod Farms, Inc. <br>9444 East 4500 S. Road <br>Saint Anne, IL 60964** | X | - | open account | X | X | X | 10,973.86 |
| Account No. **JOEG01** <br><br>**Schroeder Material, Inc. <br>10800 Southwest Hwy. <br>Worth, IL 60482** | X | - | open account | X | X | X | 6,758.74 |
| Account No. **0171208750389** <br><br>**Sears Premier Card <br>P.O. Box 182149 <br>Columbus, OH 43218** | | - | open account | | | | 8,000.00 |
| Account No. <br><br>**Sears Premier Card <br>P.O. Box 182149 <br>Columbus, OH 43218** | X | - | open account | X | X | X | 9,227.36 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)          **36,059.27**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Robert P. Greathouse**                          ,  Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| **Shemis Nurseries, Inc.** **4N755 Lombard Road** **P.O. Box 857** **Addison, IL 60101** | X | - | | X | X | X | 5,751.33 |
| Account No. | | | open account | | | | |
| **Sid's Palos** **10925 Southwest Highway** **Palos Hills, IL 60465** | X | - | | X | X | X | 75.97 |
| Account No. | | | open account | | | | |
| **Southwest Concrete Crushing, LLC** **16591 S. Crawford Avenue** **Markham, IL 60426** | X | - | | X | X | X | 265.79 |
| Account No. | | | open account | | | | |
| **Speedway Superamerica LLC** **P.O. Box 748567** **Cincinnati, OH 45274** | X | - | | X | X | X | 9,507.82 |
| Account No. **GALA002** | | | open account | | | | |
| **Tameling Industries, Inc.** **c/o Kenneth Donkel** **7220 W. 194th Street, Suite 105** **Tinley Park, IL 60477** | X | - | | X | X | X | 629.64 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,230.55

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert P. Greathouse**                                              ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **JG0044** | | | | open account | | | | |
| **The Garden Center Pros** **4711 Midlothian Turnpike** **Suite 16** **Midlothian, IL 60445** | X | - | | | X | X | X | 13,726.67 |
| Account No. | | | | open account | | | | |
| **Tom's Truck Repair South, Inc.** **6335 W. Bruns Road** **Monee, IL 60449** | X | - | | | X | X | X | 3,326.17 |
| Account No. **0036470** | | | | open account | | | | |
| **Town & Country Landscape Supply Co.** **3900 W. 167th Street** **Harvey, IL 60426** | X | - | | | X | X | X | 4,928.19 |
| Account No. | | | | open account | | | | |
| **United Rentals, Inc.** **9610 W. 194th Stret** **Mokena, IL 60448** | X | - | | | X | X | X | 450.00 |
| Account No. | | | | open account | | | | |
| **Worth Auto Parts, Inc.** **5803 W. 111th Street** **Worth, IL 60482** | X | - | | | X | X | X | 89.73 |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 22,520.76 |
| Total (Report on Summary of Schedules) | 961,745.67 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Robert P. Greathouse**   ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Andrew Galatte**<br>**c/o Timothy Rathbun**<br>**2400 Glenwood Avenue, Suite 215**<br>**Joliet, IL 60435** | **Commercial Lease of premises located at 6605 W. Steger Road, Unit B, Monee, IL 60449 (Guaranty)** |
| **Joe Galatte & Sons, Inc.**<br>**24730 Foxford Drvie**<br>**Manhattan, IL 60442** | **Commercial Lease of premises located at 6605 W. Steger Road, Unit B, Monee, IL 60449 (Guaranty)** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Robert P. Greathouse** _____ ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Galatte & Sons** | **Conserv FS**<br>**P.O. Box 6069**<br>**27310 W. Case Road**<br>**Wauconda, IL 60084** |
| **Galatte & Sons** | **Town & Country Landscape Supply Co.**<br>**3900 W. 167th Street**<br>**Harvey, IL 60426** |
| **Galatte & Sons** | **The Garden Center Pros**<br>**4711 Midlothian Turnpike**<br>**Suite 16**<br>**Midlothian, IL 60445** |
| **Galatte & Sons** | **Rosehill Creek Nursery**<br>**c/o Douglas Schlak & Assoc.**<br>**321 W. Maple Street, Suite 100**<br>**New Lenox, IL 60451** |
| **Galatte & Sons** | **Tameling Industries, Inc.**<br>**c/o Kenneth Donkel**<br>**7220 W. 194th Street, Suite 105**<br>**Tinley Park, IL 60477** |
| **Galatte & Sons** | **Galassi Cut Stone & Marble**<br>**10631 Southwest Highway**<br>**Worth, IL 60482** |
| **Galatte & Sons** | **Schroeder Material, Inc.**<br>**10800 Southwest Hwy.**<br>**Worth, IL 60482** |
| **Galatte & Sons** | **Saunoris Brothers, Inc.**<br>**19600 S. Harlem Avenue**<br>**Frankfort, IL 60423** |
| **Galatte & Sons** | **Green Glen, Inc.**<br>**2413 E. Laraway Road**<br>**Joliet, IL 60433** |
| **Galatte & Sons** | **Arthur Clesen, Inc.**<br>**9710 W. 194th Street**<br>**Mokena, IL 60488** |
| **Galatte & Sons** | **Richard Caifano**<br>**20 N. Clark Stret**<br>**Suite 725**<br>**Chicago, IL 60602** |

    **4**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Robert P. Greathouse**                                          ,    Case No. _____

                                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Galatte & Sons** | **American Contractors**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454** |
| **Joe Galatte & Sons** | **Bork Nurseries, Inc.**<br>**P.O. Drawer 147**<br>**Onarga, IL 60955** |
| **Joe Galatte Landscaping** | **Bettenhausen Dodge**<br>**17514 S. Oak Park Avenue**<br>**Tinley Park, IL 60477** |
| **Joe Galatte Landscaping** | **E.C. Rizzi & Associates, Inc.**<br>**31 W 310 Schoger Drive**<br>**Naperville, IL 60564** |
| **Joe Galatte Landscaping** | **Area Landscape Supply, Inc.**<br>**c/o Kenneth J. Donkel**<br>**7220 W. 194th Street, Suite 105**<br>**Tinley Park, IL 60477** |
| **Joe Galatte Landscaping** | **Aspen Valley Landscape Supply, Inc.**<br>**13148 W. 159th Street**<br>**home Glen, IL 60491** |
| **Joe Galatte Landscaping** | **Baas Greenhouses, Inc.**<br>**20143 88th Avenue**<br>**Mokena, IL 60448** |
| **Joe Galatte Landscaping** | **Beaver Creek Enterprises, Inc.**<br>**801 Rowell Avenue**<br>**Joliet, IL 60433** |
| **Joe Galatte Landscaping** | **Bengtson Tree Farms**<br>**13341 W. 151 Street**<br>**Home Glen, IL 60491** |
| **Joe Galatte Landscaping** | **Back Dirt, Inc.**<br>**P.O. Box 492**<br>**Mokena, IL 60448** |
| **Joe Galatte Landscaping** | **Bracing Systems, Inc.**<br>**P.O. Box 517**<br>**Bloomingdale, IL 60108** |
| **Joe Galatte Landscaping** | **Chicagoland Door Company**<br>**c/o Kohner Mann & Kailas SC**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212** |
| **Joe Galatte Landscaping** | **Chrysler Financial**<br>**P.O. Box 2993**<br>**Milwaukee, WI 53281** |

Sheet ___**1**___ of ___**4**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Robert P. Greathouse**                                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Galatte Landscaping** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60606** |
| **Joe Galatte Landscaping** | **Emil's Tires**<br>**5601 Sauk Trail**<br>**Matteson, IL 60443** |
| **Joe Galatte Landscaping** | **Freway Ford Sterling Truck Sales, I**<br>**8445 45th Street**<br>**Lyons, IL 60534** |
| **Joe Galatte Landscaping** | **Gas City**<br>**100 West Oakley Avenue**<br>**P.O. Box 65**<br>**Lowell, IN 46356** |
| **Joe Galatte Landscaping** | **Greener Gardens SOD Farm LLC**<br>**P.O. Box 472**<br>**Frankfort, IL 60423** |
| **Joe Galatte Landscaping** | **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197** |
| **Joe Galatte Landscaping** | **J&R Sales & Service, Inc.**<br>**19845 S. Wolf Road**<br>**Mokena, IL 60448** |
| **Joe Galatte Landscaping** | **Kaknes Landscape Supply, Inc.**<br>**31W545 Diehl Road**<br>**Naperville, IL 60563** |
| **Joe Galatte Landscaping** | **Kankakee Nursery Company**<br>**P.O. Box 258**<br>**Aroma Park, IL 60910** |
| **Joe Galatte Landscaping** | **Lease Finance Group, Div. Cit**<br>**P.O. Box 4263**<br>**Chicago, IL 60693** |
| **Joe Galatte Landscaping** | **Midnight Tire & Service, Inc.**<br>**5601 Sauk Trail**<br>**Matteson, IL 60443** |
| **Joe Galatte Landscaping** | **Midway Truck Parts, Inc.**<br>**7400 W. 87th Street**<br>**Bridgeview, IL 60455** |
| **Joe Galatte Landscaping** | **Millenium Recycling, Inc.**<br>**231352 Momentum Place**<br>**Chicago, IL 60609** |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                      Best Case Bankruptcy

In re   **Robert P. Greathouse**                                    , Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Galatte Landscaping** | **Monee Rentals & Sales, Inc.**<br>**25912 S. Governors Highway**<br>**P.O. Box 596**<br>**Monee, IL 60449** |
| **Joe Galatte Landscaping** | **Nebs**<br>**500 Main Street**<br>**Attn: A/R**<br>**Groton, MA 01471** |
| **Joe Galatte Landscaping** | **New Holland Plan**<br>**Dept. CH 19460**<br>**Palatine, IL 60055** |
| **Joe Galatte Landscaping** | **Nextel**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197** |
| **Joe Galatte Landscaping** | **Nicor Gas**<br>**P.O. Box 310**<br>**Aurora, IL 60507** |
| **Joe Galatte Landscaping** | **Olde Time Supply, Inc.**<br>**3800 E. 11000 N. Road**<br>**Peotone, IL 60468** |
| **Joe Galatte Landscaping** | **Olsick & Company Ins. Agency, Inc.**<br>**50 W. 75th Street, Suite 216**<br>**Willowbrook, IL 60527** |
| **Joe Galatte Landscaping** | **Orland Soil Contractors, Inc.**<br>**4011 W. 165th Street**<br>**Tinley Park, IL 60477** |
| **Joe Galatte Landscaping** | **Ozinga Illinois RMC, Inc.**<br>**18825 Old Lagrange Road**<br>**Mokena, IL 60448** |
| **Joe Galatte Landscaping** | **Ozinga Transportation Inc.**<br>**2300 W. 167th Street**<br>**Markham, IL 60426** |
| **Joe Galatte Landscaping** | **SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663** |
| **Joe Galatte Landscaping** | **Schaaffma Sod Farms, Inc.**<br>**9444 East 4500 S. Road**<br>**Saint Anne, IL 60964** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Robert P. Greathouse**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Joe Galatte Landscaping** | **Shemis Nurseries, Inc.**<br>**4N755 Lombard Road**<br>**P.O. Box 857**<br>**Addison, IL 60101** |
| **Joe Galatte Landscaping** | **Sid's Palos**<br>**10925 Southwest Highway**<br>**Palos Hills, IL 60465** |
| **Joe Galatte Landscaping** | **Southwest Concrete Crushing, LLC**<br>**16591 S. Crawford Avenue**<br>**Markham, IL 60426** |
| **Joe Galatte Landscaping** | **Speedway Superamerica LLC**<br>**P.O. Box 748567**<br>**Cincinnati, OH 45274** |
| **Joe Galatte Landscaping** | **Tom's Truck Repair South, Inc.**<br>**6335 W. Bruns Road**<br>**Monee, IL 60449** |
| **Joe Galatte Landscaping** | **United Rentals, Inc.**<br>**9610 W. 194th Stret**<br>**Mokena, IL 60448** |
| **Joe Galatte Landscaping** | **Worth Auto Parts, Inc.**<br>**5803 W. 111th Street**<br>**Worth, IL 60482** |
| **Joe Galatte Landscaping** | **Bank of America**<br>**P.O. Box 15153**<br>**Wilmington, DE 19885** |
| **Joe Galatte Landscaping** | **Bank One Cardmember Service**<br>**P.O. Box 199844**<br>**Kennesaw, GA 30156** |
| **Joe Galatte Landscaping** | **GM Cardmember Services**<br>**P.O. Box 37281**<br>**Baltimore, MD 21297** |
| **Joe Galatte Landscaping** | **Palos Community Hospital**<br>**12251 S. 80th Avenue**<br>**Palos Heights, IL 60463** |
| **Joe Galatte Landscaping** | **Sears Premier Card**<br>**P.O. Box 182149**<br>**Columbus, OH 43218** |
| **Joe Gallate Landscapte** | **Oly-Ola Sales, Inc.**<br>**124 E. St. Charles Road**<br>**Villa Park, IL 60181** |

Sheet  __4__  of  __4__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re   **Robert P. Greathouse**                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**daugher** | AGE<br>**16**<br>**3** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **UNEMPLOYED** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **0.00** | $ **N/A** |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| SUBTOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| d. Other (Specify)_____ . . . . . . . | $ **0.00** | $ **N/A** |
| . . . . . . . | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| _____ . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) **UNEMPLOYMENT**_____ . . . . . . . . . . . . | $ **1,900.00** | $ **N/A** |
| _____ . . . . . . . . . . . . | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **1,900.00** | $ **N/A** |
| TOTAL COMBINED MONTHLY INCOME   $ **1,900.00** | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **Robert P. Greathouse**                                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . | $ | **2,116.73** |
| Are real estate taxes included?        Yes___**X**___   No_____ | | |
| Is property insurance included?        Yes___**X**___   No_____ | | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **156.00** |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **110.00** |
|            Telephone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **85.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **400.00** |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **100.00** |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **250.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)_____ . . . . . . . | $ | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **658.86** |
|            Other_____ . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . | $ | **0.00** |
| Other_____ . . . . . . . | $ | **0.00** |
| Other_____ . . . . . . . | $ | **0.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ | **3,876.59** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ | **N/A** |
|                                                 (interval) | | |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert P. Greathouse**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 21, 2004**

Signature   **/s/ Robert P. Greathouse**

**Robert P. Greathouse**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert P. Greathouse**                             Case No. _____

                                   Debtor(s)           Chapter    **7**            _____

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

     **1. Income from employment or operation of business**

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$20,000.00** | **2002** |
| **$40,000.00** | **2003** |

     **2. Income other than from employment or operation of business**

None
■

     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT                       SOURCE

2

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mortgage, car, utilities** | | **$0.00** | **$0.00** |

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rosehill Creek Nursery v. Joe Galatte & Sons, Inc. 04 AR 1992** | **Collection** | **Will County** | **Pending** |
| **Area Landscape v. Joe Galatte & Sons, Inc. & Robert Greathouse 04 AR 2064** | **Collection** | **Will County** | **Pending** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **UCC Sale- Galatte & Sons, Inc.&Andy Ind. c/o Timothy Rathbun 2400 Glenwood Avenue Suite 215 Joliet, IL 60435** | **12/1/04** | **personal property, vehicles, and other assets of Joe Galatte & Sons, Inc.** |

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joe Galatte & Sons, Inc.**<br>**c/o Richard Caifano**<br>**20 N. Clark Street, Suite 725**<br>**Chicago, IL 60602** | | **Returned vehicle titles and assets of Joe Galatte & Sons, Inc. to Andy Galatte and to its attorney, Richard Caifano** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Richard Caifano**<br>**20 N. Clark Street**<br>**Suite 725**<br>**Chicago, IL 60602** | | | **Stock of Joe Galatte & Sons, Inc. as escrowee** |

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Grochocinski Grochocinski & Lloyd** **1900 Ravinia Pl.** **Orland Park, IL 60462** | **10/6/04** | **$2,000.00** |

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Sheree Greathouse and children**<br>**24730 Foxford Drive**<br>**Manhattan, IL 60442** | **Personal property (1/2 interest) that is owned by spouse and property owned by children located on residential premises** | |

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐     a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Joe Galatte & Sons, Inc.** | **36-2610797** | **6605 Steger Road Unit B Monee, IL 60449** | **Landscaping** | **4/1/03-10/6/04** |

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐     a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Robert Greathouse 24730 Foxford Drive Manhattan, IL 60442** | |

None ■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Robert Greathouse** | **24730 Foxford Drive Manhattan, IL 60442** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                            DATE ISSUED
**Still investigating**

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                        DOLLAR AMOUNT OF INVENTORY
                                                                        (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                            NATURE AND PERCENTAGE
NAME AND ADDRESS                  TITLE                     OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                    DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                     DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,                     DATE AND PURPOSE          OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL             VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 21, 2004**                    Signature  **/s/ Robert P. Greathouse**
                                                           **Robert P. Greathouse**
                                                           Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert P. Greathouse**                                            Case No. _____

_____                  Chapter      **7**    _____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                                    **Creditor's name**
   **-NONE-**

   *b. Property to Be Retained*                                          *[Check any applicable statement.]*

| # | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 24730 Foxford Drive, Manhattan, IL | ABN Amro Mortgage | | | X |
| 2. | 2000 Dodge Durango | Chrysler Credit Corporation | | | X |
| 3. | 24730 Foxford Drive, Manhattan, IL | LaSalle Bank NA | | | X |
| 4. | 24730 Foxford Drive, Manhattan, IL | Andrew Galatte | X | | |

Date  **December 21, 2004**                        Signature    **/s/ Robert P. Greathouse**
_____                            _____

                                                             **Robert P. Greathouse**
                                                             Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert P. Greathouse**                                      Case No. _____

                                       Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■        Debtor        ☐        Other (specify):

3.    The source of compensation to be paid to me is:

    ■        Debtor        ☐        Other (specify):

4.    ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary or contested proceeding**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 21, 2004**                     **/s/ David E. Grochocinski**
                                                   **David E. Grochocinski**
                                                     **Grochocinski Grochocinski & Lloyd**
                                                       **1900 Ravinia Pl.**
                                                      **Orland Park, IL 60462**
                                                     **708-226-2700  Fax: 708-226-9030**

ABN Amro Mortgage
8201 Innovation Way
Chicago, IL 60682


American Contractors
P.O. Box 646
Oak Lawn, IL 60454


Andrew and Nancy Galatte
c/o Timothy Rathbun
2400 Glenwood Ave., Suite 215
Joliet, IL 60435


Andrew Galatte
1214 Deerpath
Palos Hills, IL 60465


Area Landscape Supply, Inc.
c/o Kenneth J. Donkel
7220 W. 194th Street, Suite 105
Tinley Park, IL 60477


Arthur Clesen, Inc.
9710 W. 194th Street
Mokena, IL 60488


Aspen Valley Landscape Supply, Inc.
13148 W. 159th Street
home Glen, IL 60491


Baas Greenhouses, Inc.
20143 88th Avenue
Mokena, IL 60448


Back Dirt, Inc.
P.O. Box 492
Mokena, IL 60448


Banc One Cardmember Service
P.O. Box 100045
Kennesaw, GA 30156

Bank of America
NC 1-003-04-35
Gateway Center
Charlotte, NC 28255


Bank of America
P.O. Box 15153
Wilmington, DE 19885


Bank One Cardmember Service
P.O. Box 199844
Kennesaw, GA 30156


Beaver Creek Enterprises, Inc.
801 Rowell Avenue
Joliet, IL 60433


Bengtson Tree Farms
13341 W. 151 Street
Home Glen, IL 60491


Bettenhausen Dodge
17514 S. Oak Park Avenue
Tinley Park, IL 60477


Bork Nurseries, Inc.
P.O. Drawer 147
Onarga, IL 60955


Bracing Systems, Inc.
P.O. Box 517
Bloomingdale, IL 60108


Chicagoland Door Company
c/o Kohner Mann & Kailas SC
4650 N. Port Washington Road
Milwaukee, WI 53212


Chrysler Credit Corporation
c/o Grossman, Mitzenmacher et al.
53 W. Jackson Blvd., Suite 915
Chicago, IL 60604

Chrysler Financial
P.O. Box 2993
Milwaukee, WI 53281


Citi Cards
P.O. Box 6405
The Lakes, NV 88901-6405


Com Ed
Bill Payment Center
Chicago, IL 60606


Conserv FS
P.O. Box 6069
27310 W. Case Road
Wauconda, IL 60084


E.C. Rizzi & Associates, Inc.
31 W 310 Schoger Drive
Naperville, IL 60564


Emil's Tires
5601 Sauk Trail
Matteson, IL 60443


Freway Ford Sterling Truck Sales, I
8445 45th Street
Lyons, IL 60534


Galassi Cut Stone & Marble
10631 Southwest Highway
Worth, IL 60482


Gas City
100 West Oakley Avenue
P.O. Box 65
Lowell, IN 46356


GM Cardmember Services
P.O. Box 37281
Baltimore, MD 21297


Green Glen, Inc.
2413 E. Laraway Road
Joliet, IL 60433

Greener Gardens SOD Farm LLC
P.O. Box 472
Frankfort, IL 60423


Homewood Disposal Service, Inc.
17415 S. Ashland Avenue
Hazel Crest, IL 60429


HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197


J&R Sales & Service, Inc.
19845 S. Wolf Road
Mokena, IL 60448


Joe Galatte & Sons, Inc.
c/o Richard Caifano
20 North Clark Street, Suite 725
Chicago, IL 60602


Kaknes Landscape Supply, Inc.
31W545 Diehl Road
Naperville, IL 60563


Kankakee Nursery Company
P.O. Box 258
Aroma Park, IL 60910


LaSalle Bank NA
4747 West Irving Park Road
Chicago, IL 60641


Lease Finance Group, Div. Cit
P.O. Box 4263
Chicago, IL 60693


Midnight Tire & Service, Inc.
5601 Sauk Trail
Matteson, IL 60443


Midway Truck Parts, Inc.
7400 W. 87th Street
Bridgeview, IL 60455

Millenium Recycling, Inc.
231352 Momentum Place
Chicago, IL 60609


Monee Rentals & Sales, Inc.
25912 S. Governors Highway
P.O. Box 596
Monee, IL 60449


Nebs
500 Main Street
Attn: A/R
Groton, MA 01471


New Holland Plan
Dept. CH 19460
Palatine, IL 60055


Nextel
P.O. Box 4191
Carol Stream, IL 60197


Nicor Gas
P.O. Box 310
Aurora, IL 60507


Olde Time Supply, Inc.
3800 E. 11000 N. Road
Peotone, IL 60468


Olsick & Company Ins. Agency, Inc.
50 W. 75th Street, Suite 216
Willowbrook, IL 60527


Oly-Ola Sales, Inc.
124 E. St. Charles Road
Villa Park, IL 60181


Orland Soil Contractors, Inc.
4011 W. 165th Street
Tinley Park, IL 60477


Ozinga Illinois RMC, Inc.
18825 Old Lagrange Road
Mokena, IL 60448

Ozinga Transportation Inc.
2300 W. 167th Street
Markham, IL 60426


Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463


Richard Caifano
20 N. Clark Stret
Suite 725
Chicago, IL 60602


Rosehill Creek Nursery
c/o Douglas Schlak & Assoc.
321 W. Maple Street, Suite 100
New Lenox, IL 60451


Saunoris Brothers, Inc.
19600 S. Harlem Avenue
Frankfort, IL 60423


SBC
Bill Payment Center
Chicago, IL 60663


Schaaffma Sod Farms, Inc.
9444 East 4500 S. Road
Saint Anne, IL 60964


Schroeder Material, Inc.
10800 Southwest Hwy.
Worth, IL 60482


Sears Premier Card
P.O. Box 182149
Columbus, OH 43218


Shemis Nurseries, Inc.
4N755 Lombard Road
P.O. Box 857
Addison, IL 60101

Sid's Palos
10925 Southwest Highway
Palos Hills, IL 60465


Southwest Concrete Crushing, LLC
16591 S. Crawford Avenue
Markham, IL 60426


Speedway Superamerica LLC
P.O. Box 748567
Cincinnati, OH 45274


Tameling Industries, Inc.
c/o Kenneth Donkel
7220 W. 194th Street, Suite 105
Tinley Park, IL 60477


The Garden Center Pros
4711 Midlothian Turnpike
Suite 16
Midlothian, IL 60445


Tom's Truck Repair South, Inc.
6335 W. Bruns Road
Monee, IL 60449


Town & Country Landscape Supply Co.
3900 W. 167th Street
Harvey, IL 60426


United Rentals, Inc.
9610 W. 194th Stret
Mokena, IL 60448


Worth Auto Parts, Inc.
5803 W. 111th Street
Worth, IL 60482