IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GREATHOUSE, ROBERT P.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-46741 BL<br><br>JUDGE Bruce W. Black (JOLIET) |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: HONORABLE Bruce W. Black
BANKRUPTCY JUDGE

NOW COMES MICHAEL G. BERLAND, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,254.02 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,040.22. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | $ | 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ | 4.02 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ | 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ | 0.00 | |
| TOTAL | $ | 1,254.02 | |

### II. TRUSTEE'S EXPENSES

EXHIBIT E

TOTAL EXPENSES                                   $_____0.00_____

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this   21   day of   November  , 200 6

_____/s/Michael G. Berland_____
SIGNATURE
MICHAEL G. BERLAND, Trustee
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
Telephone # (312) 855-1272

**EXHIBIT E**

TRUSTEE TIME

Open bank accounts and prepare necessary tax documents. Inputting of asset and disbursement information during course of administration of case, preparation of disbursement checks, request for tax payer identification number(estimated)........2.5

Inputting of information in connection with receipt of 1 payment, transmission of deposit slips and check to Chase Bank, and maintenance of cash receipt log............................1.0

Review of 15 bank statements, reconcile and approve same.....4.50

Preparation of 13 letters and fax memorandums during administration of case(.03)....................................3.9

Review of 14 letters written during the course of the administration of the estate in connection with obtaining assets ..............................................................2.80

Prepare 2 annual review reports for this case................1.00

Estimated: Preparation of Final Report and attachments, Trustee tasks, costs, and review of all claims filed in bankruptcy court subsequent electronic filing of Distribution Report, Final Report and Fee Applications and Final Account..................... 5.00

Estimated: Appearance in court in Joliet for hearing on Final Report. Prepare Final Distribution Report after hearing. Prepare and send checks to creditors with letters. ...................6.50

2/10/05-Prepare Motion To Appoint Special Counsel, Affidavit of Special Counsel, Notice of Motion & Order and ..............1.20

2/18/05-Court appearance (including travel time to and from Joliet) on Motion To Employ Special Counsel.................3.20

5/11/05-Prepare Motion To Compromise Interest In Certain Timeshares, Notice to creditors, Notice of Motion, Order and send notice to creditors........................................1.70

6/11/05-Court appearance (including travel time to and from Joliet) on Motion To Compromise Interest In Certain Timeshares......................................................3.20

11/21/05-Prepare Motion To Employ Broker, Affidavit of Petyko, Notice of Motion & Order....................................1.0

11/21/05-6/11/05-Court appearance (including travel time to and

from Joliet) on Motion Employ Broker..........................3.20

Total hours:39.7

Total trustee fee:$1254.02