## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| **ROBERT P GREATHOUSE,** | **CASE NO. 04-46741 BL** |
| **Debtor.** | **JUDGE Bruce W. Black (JOLIET)** |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO  the Debtor, Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> Will Court Annex Building
> 57 North Ottawa Street, Room 201
> Joliet, Illinois 60432
>
> on:    March 16, 2007
> at:    9:15 a.m.

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 5,040.22 |
| b. Disbursements | $ | 0.00 |
| c. Net Cash Available for Distribution | $ | 5,040.22 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Req. |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $1,254.02 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7.  Claims of general unsecured creditors totaling $61,047.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Back Dirt, Inc. | $ | 484.60 | $ | 30.06 |
| 2 | Ozinga Transportation Inc. | $ | 3,302.73 | $ | 204.84 |
| 3 | Bork Nurseries, Inc. | $ | 9,252.92 | $ | 573.87 |
| 4 | Tom's Truck Repair South, Inc. | $ | 3,328.17 | $ | 206.42 |
| 5 | Olde Time Supply, Inc. | $ | 919.41 | $ | 57.02 |
| 6 | Green Glen, Inc. | $ | 7,856.40 | $ | 487.26 |
| 7 | Southwest Concrete Crushing, LLC | $ | 214.70 | $ | 13.32 |
| 8 | Area Landscape Supply, Inc. | $ | 6,767.57 | $ | 419.73 |
| 9 | Nextel West Corporation | $ | 2,427.81 | $ | 150.57 |
| 10 | Chicagoland Door Company | $ | 835.00 | $ | 51.79 |
| 11 | Emil's Tires | $ | 77.35 | $ | 4.80 |
| 12 | Midway Truck Parts, Inc. | $ | 295.72 | $ | 18.34 |

| 13 | Conserv FS | $ | 2,404.75 | $ | 149.14 |
| 14 | Nicor Gas | $ | 268.83 | $ | 16.67 |
| 15 | Schaaffma Sod Farms, Inc. | $ | 10,973.80 | $ | 680.60 |
| 16 | Rosehill Creek Nursery | $ | 10,290.18 | $ | 638.21 |
| 17 | Bettenhausen Dodge | $ | 1,347.25 | $ | 83.56 |
| 18 | Citibank USA NA | $ | 8,395.40 | $ | 0.00 |
| 19 | United Rentals, Inc. | $ | 456.31 | $ | 0.00 |

8.        Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.        The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.      Debtor has been discharged.

11.      The Trustee proposed to abandon the following property at the hearing:*

*The trustee proposes to abandon at the final hearing the account receivable owed to Joseph Galatte & Sons in the amount of $4200. The Trustee's special counsel has confirmed that Joseph Galatte & Sons ceased doing business and that it would not be possible to recover any part of the amount listed as due and owing.

Dated: February 16, 2007        For the Court,

By KENNETH S GARDNER
     Kenneth S. Gardner
     Clerk of the United States Bankruptcy Court
     219 S. Dearborn Street; 7th Floor
     Chicago, IL 60604

Trustee:     MICHAEL G. BERLAND
Address:    One NORTH LASALLE STREET, Suite 1775
            CHICAGO, IL 60602
Phone No.:   (312) 855-1272

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: amcc7          Page 1 of 2          Date Rcvd: Feb 16, 2007
Case: 04-46741               Form ID: pdf002      Total Served: 84

The following entities were served by first class mail on Feb 18, 2007.
```
db        +Robert P. Greathouse,   24730 Foxford Drive,   Manhattan, IL 60442-8127
aty       +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
aty       +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
aty       +Jose G Moreno,   Codilis & Associates,   15W030 N Frontage Road,   Suite 100,
            Burr Ridge, IL 60527-6921
aty       +Lisa G. Chastain,   Rathbun, Cservenyak & Kozol, LLC,   2400 Glenwood Avenue,   Suite 215,
            Joliet, IL 60435-5476
aty       +Marilyn J Washburn,   Riezman Berger PC,   7700 Bonhomme Ave,   7th Floor,
            St Louis, MO 63105-1924
aty       +Timothy J Rathbun,   2400 Glenwood Ave #215,   Joliet, IL 60435-5476
tr        +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
cr        +ABN AMRO Mortgage Group,   c/o Codilis and Associates,   15W030 North Frontage Road,   Suite 100,
            Burr Ridge, IL 60527-6921
sp        +Grochocinski Grochocinski & Lloyd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
8789321   +ABN Amro Mortgage,   8201 Innovation Way,   Chicago, IL 60682-0082
8789322   +American Contractors,   P.O. Box 646,   Oak Lawn, IL 60454-0646
8789324   +Andrew Galatte,   1214 Deerpath,   Palos Hills, IL 60465
8789323   +Andrew and Nancy Galatte,   c/o Timothy Rathbun,   2400 Glenwood Ave., Suite 215,
            Joliet, IL 60435-5476
8789325   +Area Landscape Supply, Inc.,   c/o Kenneth J. Donkel,   7220 W. 194th Street, Suite 105,
            Tinley Park, IL 60487-9228
8789326   +Arthur Clesen, Inc.,   9710 W. 194th Street,   Mokena, IL 60448-9456
8789327   +Aspen Valley Landscape Supply, Inc.,   13148 W. 159th Street,   home Glen, IL 60491-8768
8789328   +Baas Greenhouses, Inc.,   20143 88th Avenue,   Mokena, IL 60448-8852
8789329   +Back Dirt, Inc.,   P.O. Box 492,   Mokena, IL 60448-0492
8789330   +Banc One Cardmember Service,   P.O. Box 100045,   Kennesaw, GA 30156-9245
8789333    Bank One Cardmember Service,   P.O. Box 199844,   Kennesaw, GA 30156
8789332   +Bank of America,   P.O. Box 15153,   Wilmington, DE 19885-0001
8789331   +Bank of America,   NC 1-003-04-35,   Gateway Center,   Charlotte, NC 28255-0001
8789334   +Beaver Creek Enterprises, Inc.,   801 Rowell Avenue,   Joliet, IL 60433-2524
8789335   +Bengtson Tree Farms,   13341 W. 151 Street,   Home Glen, IL 60491-6792
8789336   +Bettenhausen Dodge,   17514 S. Oak Park Avenue,   Tinley Park, IL 60477-3997
8789337   +Bork Nurseries, Inc.,   P.O. Drawer 147,   Onarga, IL 60955-0147
8789338   +Bracing Systems, Inc.,   P.O. Box 517,   Bloomingdale, IL 60108-0517
8789339   +Chicagoland Door Company,   c/o Kohner Mann & Kailas SC,   4650 N. Port Washington Road,
            Milwaukee, WI 53212-1077
8789340   +Chrysler Credit Corporation,   c/o Grossman, Mitzenmacher et al.,   53 W. Jackson Blvd., Suite 915,
            Chicago, IL 60604-3834
8789341   +Chrysler Financial,   P.O. Box 2993,   Milwaukee, WI 53201-2993
8789342    Citi Cards,   P.O. Box 6405,   The Lakes, NV 88901-6405
9475473   +Citibank USA NA,   POB 182149,   Columbus, OH 43218-2149
8789343    Com Ed,   Bill Payment Center,   Chicago, IL 60606
8789344   +Conserv FS,   Teller, Levit & Silvertrust PC,   11 E Adams St #800,   Chicago, IL 60603-6369
8789345   +E.C. Rizzi & Associates, Inc.,   31 W 310 Schoger Drive,   Naperville, IL 60564-5656
8789346   +Emil's Tires,   5601 Sauk Trail,   Matteson, IL 60443-2869
8789347   +Freway Ford Sterling Truck Sales, I,   8445 45th Street,   Lyons, IL 60534-1745
8789350   +GM Cardmember Services,   P.O. Box 37281,   Baltimore, MD 21297-3281
8789348   +Galassi Cut Stone & Marble,   10631 Southwest Highway,   Worth, IL 60482-1041
8789349   +Gas City,   100 West Oakley Avenue,   P.O. Box 65,   Lowell, IN 46356-0065
8789351   +Green Glen, Inc.,   2413 E. Laraway Road,   Joliet, IL 60433-9523
8789352   +Greener Gardens SOD Farm LLC,   P.O. Box 472,   Frankfort, IL 60423-0472
8789354   +HSBC Business Solutions,   P.O. Box 5219,   Carol Stream, IL 60197-5219
8789353   +Homewood Disposal Service, Inc.,   17415 S. Ashland Avenue,   Hazel Crest, IL 60429-1899
8789355   +J&R Sales & Service, Inc.,   19845 S. Wolf Road,   Mokena, IL 60448-1315
8789356   +Joe Galatte & Sons, Inc.,   c/o Richard Caifano,   20 North Clark Street, Suite 725,
            Chicago, IL 60602-4361
8789357   +Kaknes Landscape Supply, Inc.,   31W545 Diehl Road,   Naperville, IL 60563-1077
8789358   +Kankakee Nursery Company,   P.O. Box 258,   Aroma Park, IL 60910-0258
8789359   +LaSalle Bank NA,   4747 West Irving Park Road,   Chicago, IL 60641-2791
8789360   +Lease Finance Group, Div. Cit,   P.O. Box 4263,   Chicago, IL 60693-0001
8789361   +Midnight Tire & Service, Inc.,   5601 Sauk Trail,   Matteson, IL 60443-2869
8789362   +Midway Truck Parts, Inc.,   7400 W. 87th Street,   Bridgeview, IL 60455-1881
8789363    Millenium Recycling, Inc.,   231352 Momentum Place,   Chicago, IL 60609
8789364   +Monee Rentals & Sales, Inc.,   25912 S. Governors Highway,   P.O. Box 596,   Monee, IL 60449-0596
8789365   +Nebs,   500 Main Street,   Attn:  A/R,   Groton, MA 01471-0001
8789366   +New Holland Plan,   Dept. CH 19460,   Palatine, IL 60055-0001
8789367   +Nextel,   P.O. Box 4191,   Carol Stream, IL 60197-4191
9146074    Nextel West Corporation,   Nextel Communications, Inc.,   Attn: Bankruptcy Department,
            Post Office Box 172408,   Denver, CO 80217-2408
8789369   +Olde Time Supply, Inc.,   3800 E. 11000 N. Road,   Peotone, IL 60468-4032
8789370   +Olsick & Company Ins. Agency, Inc.,   50 W. 75th Street, Suite 216,   Willowbrook, IL 60527-2994
8789371   +Oly-Ola Sales, Inc.,   124 E. St. Charles Road,   Villa Park, IL 60181-2414
8789372    Orland Soil Contractors, Inc.,   4011 W. 165th Street,   Tinley Park, IL 60477
8789373   +Ozinga Illinois RMC, Inc.,   18825 Old Lagrange Road,   Mokena, IL 60448-8350
8789374   +Ozinga Transportation Inc.,   2300 W. 167th Street,   Markham, IL 60428-5608
8789375   +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
8789376   +Richard Caifano,   20 N. Clark Stret,   Suite 725,   Chicago, IL 60602-4361
8789377   +Rosehill Creek Nursery,   c/o Douglas Schlak & Assoc.,   321 W. Maple Street, Suite 100,
            New Lenox, IL 60451-4408
8789379   +SBC,   Bill Payment Center,   Chicago, IL 60663-0001
8789378   +Saunoris Brothers, Inc.,   19600 S. Harlem Avenue,   Frankfort, IL 60423-8691
```

```
District/off: 0752-1         User: amcc7           Page 2 of 2            Date Rcvd: Feb 16, 2007
Case: 04-46741              Form ID: pdf002        Total Served: 84

8789380      +Schaaffma Sod Farms, Inc.,   c/o Elliott & McClure PC,   PO Box 710,   Momence, IL 60954-0710
8789381      +Schroeder Material, Inc.,   10800 Southwest Hwy.,   Worth, IL 60482-1031
8789382      +Sears Premier Card,   P.O. Box 182149,   Columbus, OH 43218-2149
8789383      +Shemis Nurseries, Inc.,   4N755 Lombard Road,   P.O. Box 857,   Addison, IL 60101-0857
8789384      +Sid's Palos,   10925 Southwest Highway,   Palos Hills, IL 60465-2319
8789385      +Southwest Concrete Crushing, LLC,   16501 S. Crawford Avenue,   Markham, IL 60428-5379
8789386      +Speedway Superamerica LLC,   P.O. Box 748567,   Cincinnati, OH 45274-0001
8789387      +Tameling Industries, Inc.,   c/o Kenneth Donkel,   7220 W. 194th Street, Suite 105,
               Tinley Park, IL 60487-9228
8789388      +The Garden Center Pros,   4711 Midlothian Turnpike,   Suite 16,   Midlothian, IL 60445-4905
8789389      +Tom's Truck Repair South, Inc.,   6335 W. Bruns Road,   Monee, IL 60449-9413
8789390      +Town & Country Landscape Supply Co.,   3900 W. 167th Street,   Harvey, IL 60428-5397
8789391      +United Rentals, Inc.,   525 Julie Rivers Dr Suite 200,   Sugar Land, TX 77478-2845
8789392       Worth Auto Parts, Inc.,   5803 W. 111th Street,   Worth, IL 60482

The following entities were served by electronic transmission on Feb 17, 2007.
8789368      +E-mail/Text: bankrup@nicor.com                        Nicor Gas,   P.O. Box 549,
               Aurora, IL 60507-0549
                                                                                   TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Arthur W Rummler
br            Century 21
sp            David E Grochocinski
sp            David Lloyd
                                                                       TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2007**                    **Signature:**    *Joseph Speetjens*